# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jeremy Scruggs, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.2:21-535-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Martin O'Malley, Commissioner of Social Security, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 30). Plaintiff seeks an fee award of $52,615.00. This amount represents 25% of the Plaintiff's past due benefits. The Commissioner does not oppose the motion. (Dkt. Nos. 31, 33).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $52,615.00. The Commissioner is authorized to pay the amount due to Plaintiff's counsel. Upon receipt, Plaintiff's counsel shall pay to Plaintiff $5,800.00 previously awarded under the Equal Access to Justice Act. (Dkt. No. 24).

**AND IT IS SO ORDERED**.

S/ Richard Mark Gergel

-1-

Richard Mark Gergel
United States District Judge

August 16, 2024
Charleston, South Carolina